UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 4, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY CHARLES WILSON,

Defendant.

Case No. 2:19-mj-00147-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TIMOTHY CHARLES WILSON Case No. 2:19-mj-00147-KJN Charges 21 USC § 841(a)(1) from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_

X   Unsecured Appearance Bond $ 50,000.00 Co-signed by wife, Ellen McDonald

\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_ Appearance Bond with Surety

\_\_\_\_ Corporate Surety Bail Bond

X   (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on September 4, 2019 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman