McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-MJ-00147-KJN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY CHARLES WILSON, | ) | |
| | ) | Judge: Hon. Allison Claire |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on September 12, 2019.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 13, 2019, at 2:00 p.m.

3. The defendant was brought into federal custody on August 30, 2019, and made his initial appearance on September 3, 2019.

4. The defendant was released on an unsecured bond on September 4, 2019, pending trial in this matter.

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: September 10, 2019         /s/ Adrian T. Kinsella
                                          ADRIAN T. KINSELLA
                                          Assistant U.S. Attorney


DATED: September 10, 2019         /s/ Shari G. Rusk
                                            SHARI G. RUSK
                                          Attorney for Timothy Charles Wilson
                                          (as authorized on September 10, 2019)

## **ORDER**

IT IS SO FOUND AND ORDERED, this 10th day of September 2019.


ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE